JULIE M. MCCOY, Bar No. 129640
LAW OFFICES OF JULIE M. MCCOY
JACQUELYNE M. NGUYEN, Bar No. 249658
1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax:(949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>Sean Barrett,<br><br>Defendant | No. CV 11-00289<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Sean Barrett, in the principal amount of $1,964.60 plus interest accrued to January 7, 2011, in the sum of $4,562.47; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**6,527.07**.

DATED: 3/3/2011

By: TERRY NAFISI
Clerk of the Court

Deputy Clerk
United States District Court

Page 5